# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01192-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

DAVID GUY BRYAN,

    Plaintiff,

v.

JOHN HICKENLOOPER, et al. Governor Colorado,
TONY CAROCHI, Former and Current Director, (CDOC) et al.,
LARRY REED, Director of Prisons CDOC,
RAE TIMME, Warden, Colorado Territorial Correctional Facilities,
RENEE JORDAN, Clinical Services and/or Current Director,
MEGHAN REED, Acting AIC/Legal Services CDOC,
AMY COSNER, Acting AIC/Legal Services CDOC,
PAULA J. FRANTZ, Chief Medical Officer CDOC,
DAVE TESSIER, Health Services Administrator CTCF,
JENNIFER CASTNER, Medical Clinic CTCF,
BURL MCCULLAR, Sex Offender Treatment Manager,
LANCE MIKLICH, Programs Director CTCF,
PEAT PIERCE, Plant Manager CTCF,
MATT WINDEN, Faith and Citizen Programs Manager et al., and
DARIL R. PROFFET, Faith and Citizen Program,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff, a state prisoner in Colorado, has submitted a Prisoner Complaint, a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a Motion to the Clerk of the Court stating that he intends to pay the filing fee for this action after receiving a case number. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the documents are deficient as

described in this order.  Plaintiff will be directed to cure the following if he wishes to

pursue his claims.  Any papers that Plaintiff files in response to this order must include

the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) __ is not submitted
(2) __ is missing affidavit
(3) __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing certificate showing current balance in prison account
(5) __ is missing required financial information
(6) xx is missing authorization to calculate and disburse filing fee payments
(7) __ is missing an original signature by the prisoner
(8) __ is not on proper form (must use the court's current form)
(9) __ names in caption do not match names in caption of complaint, petition or habeas application
(10) xx other: signed authorization is necessary only if $400.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:
(11) __ is not submitted
(12) __ is not on proper form
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos. __
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __ other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty (30)**

**days from the date of this order**.  Any papers that Plaintiff files in response to this

order must include the civil action number on this order.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency

**within thirty (30) days from the date of this order**, the action will be dismissed

without further notice.  The dismissal shall be without prejudice.  It is

FURTHER ORDERED that the Motion to the Clerk of the Court (ECF No. 4) is DENIED as unnecessary.

DATED May 7, 2013, at Denver, Colorado.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge