IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01192-RBJ-CBS

DAVID GUY BRYAN,
    Plaintiff,
v.

DAVE TESSIER,
    Defendant.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action came before the court on Mr. Bryan's "Motion for Extension of Time to Respond to: Order to Dismiss in Part and Draw Case" (filed September 18, 2013) (Doc. # 22). Pursuant to the Order of Reference to United States Magistrate Judge dated September 12, 2013 (Doc. # 18) and the memorandum dated September 19, 2013 (Doc. # 25), this matter was referred to the Magistrate Judge. The court having reviewed the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    The court's Order dated September 20, 2013 (Doc. # 26) is WITHDRAWN.

    2.    Mr. Bryan's "Motion for Extension of Time to Respond to: Order to Dismiss in Part and Draw Case" (filed September 18, 2013) (Doc. # 22) is DENIED as unnecessary. Senior Judge Babcock's Order to Dismiss in Part and to Draw Case to a District Judge and to a Magistrate Judge (Doc. # 15) is not amenable to a response. Nor is the Order immediately appealable as a final order that ended the action, because it did not adjudicate all of the claims and liabilities against all the parties in the case. *See* Fed. R. Civ. P. 54.

    DATED at Denver, Colorado, this 24th day of September, 2013.

                                BY THE COURT:

                                ___s/Craig B. Shaffer_____
                                United States Magistrate Judge