IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-01192-RBJ-CBS | Date: December 12, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

DAVID GUY BRYAN,   *Pro se* (by telephone)

Plaintiff,

v.

BRIAN HOFFMAN, *et al.,*   Jacquelynn Rich Fredericks

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  STATUS CONFERENCE**
**Court in session: 01:37 p.m.**
Court calls case.  Appearances of counsel.

There are a number of pending motions that have been referred to Magistrate Judge Shaffer.

**ORDERED:**   MOTION [63] to Compel Disclosure/Discovery Interrogatories and Requests for Admissions is **DENIED AS MOOT.**

MOTION [70] to Further Compel Disclosure and to Answer Interrogatories, and Request for Admissions is **DENIED.**

The Plaintiff is given leave to serve 5 additional interrogatories and 1 additional request for production on each defendant to serve as follow up to their responses.

MOTION [62] for Subpoena Duces Tecum is **DENIED.**

MOTION [68] for Leave to Depose Incarcerated Plaintiff is **GRANTED.**

Plaintiff is REQUIRED to file his proposed second amended complaint with the court.  One the proposed second amended complaint is filed, it will be deemed as an attachment to MOTION [71] for Leave to Add Defendant's to Case.

>The Defendants are REQURIED to file their response to the second amended complaint 10 days after they receive it.

Discussion regarding the Plaintiff requesting photographs. Defense counsel will speak with Dr. Martinez to inquire about the photograph. Further discussion regarding motions for summary judgment.

**ORDERED:** The discovery cut-off is extended until January 31, 2015 and the dispositive motion deadline is extended until February 27, 2015.

Hearing Concluded.

**Court in recess: 02:41 p.m.**
Time in court: 01:04

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.