IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-01192-RBJ-CBS | Date: July 16, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*          *Counsel:*

DAVID GUY BRYAN,          *Pro se* (by phone)

Plaintiff,

v.

BRIAN HOFFMAN, *et al.,*          Jacquelynn Rich Fredericks

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 01:36 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding pending motions.  Statement by the Plaintiff.

**ORDERED:**     *MOTION [71] for Leave to Add Defendants to Case* is **DENIED without prejudice** as stated on the record.

HEARING CONCLUDED.

**Court in recess: 02:03 p.m.**
Total time in court: 00:27

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.